FILED

JUN 06 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA TRUCKS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UD TRUCKS NORTH AMERICA INC,<br>f/k/a NISSAN DIESEL AMERICA INC.,<br>and UD TRUCKS CORP., f/k/a NISSAN<br>DIESEL MOTOR CO., LTD.,<br><br>Defendants. | CV 12–23–M–DWM<br><br>ORDER |

Defendant UD Trucks North America, Inc. moves for the admission of Thomas R. Lucchesi to practice before this Court in this case with Kathleen DeSoto to act as local counsel. Mr. Lucchesi's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Thomas R. Lucchesi *pro hac vice* (Doc. 137) is GRANTED on the condition that Mr. Lucchesi shall do his own work. This means that Mr. Lucchesi must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Lucchesi, within fifteen (15) days of the date of this Order, files a notice acknowledging:

(1) his admission under the terms set forth above;

(2) payment of the *pro hac vice* fee of $255, L.R. 83.1(d)(3)(B); Standing Or. DLC-27 (Nov. 16, 2016); and

(3) compliance with Local Rule 83.1(d)(3)(J) (requiring compliance with Mont. R. Prof'l Conduct 8.5).

IT IS FURTHER ORDERED that the Defendant must limit counsel to three attorneys. Mr. Lucchesi's request for admission is granted, but if he is to represent the Defendant, one of the Defendant's existing attorneys must withdraw. If the Defendant would prefer to keep both of its existing *pro hace vice* attorneys, it should withdraw its request for Mr. Lucchesi's admission.

DATED this 6 day of June, 2017.

14:19 P.M.

Donald W. Molloy, District Judge
United States District Court

2