IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA TRUCKS, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>UD TRUCKS NORTH AMERICA, INC., f/k/a NISSAN DIESEL AMERICA, INC., and UD TRUCKS CORP., f/k/a NISSAN DIESEL MOTOR CO., LTD,<br><br>                Defendants. | CV 12-23-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice in accordance with the Court's Order dated September 18, 2017.

     Dated this 18th day of September, 2017.

                                            TYLER P. GILMAN, CLERK

                                            By: /s/ Nicole Stephens
                                            Nicole Stephens, Deputy Clerk